UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACCESS 4 ALL, INC., a Florida Non-Profit Corporation,
and NELSON STERN,
Individually,

          Plaintiffs,

- vs. -

181 VARICK STREET LLC,
a New York Limited Liability Company, and
MARRIOTT INTERNATIONAL, INC.,
a Delaware Corporation.

          Defendant.

Case No.: 1:16-cv-04471-VSB

**Stipulation of Settlement and Voluntary Dismissal With Prejudice**

---

### STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE

TO: ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs ACCESS 4 ALL, INC. and NELSON STERN, and Defendants 181 VARICK STREET LLC and MARRIOTT INTERNATIONAL, INC., pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

The costs and fees for this matter have been included as part of the settlement of this case.

Dated: October 31, 2016

Respectfully submitted,

_/s/ Jordan Schwartz_

Jordan B. Schwartz  (JS 8310)
CONN MACIEL CAREY PLLC
5335 Wisconsin Ave., NW, Suite 660
Washington, DC 20015
jschwartz@connmaciel.com
Tel: (202) 715-6244

Counsel for Defendants

_/s/ Lawrence A. Fuller_

Lawrence A. Fuller, Esq.  (LF 5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Lfuller@fullerfuller.com
Tel: (305) 891-5199

Counsel for Plaintiffs

**SO ORDERED:**

_/s/ Vernon Broderick_
HON. VERNON S. BRODERICK  11/1/2016
UNITED STATES DISTRICT JUDGE